**STATE of Missouri, Respondent,**

v.

**Davetta ROSS, Appellant.**

**No. ED 101210**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: September 8, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 22, 2015.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, MO, for Respondent.

Timothy Forneris, 1010 Market St., Ste. 1100, St. Louis, MO, for Appellant.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Davetta Ross ("Defendant") appeals from a judgment after a jury trial finding her guilty of one count of domestic assault in the first degree, in violation of Section 565.072, RSMo (Cum. Supp. 2012); one count of armed criminal action, in violation of Section 571.015, RSMo (2000); and one count of domestic assault in the second degree, in violation of Section 565.073, RSMo (Cum. Supp. 2012). Defendant was sentenced to a total of twelve years in prison.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).